# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cr-00024-DKW-1 |
| CASE NAME: | United States of America v (03) Kelvin Kauwila Kai |
| ATTY FOR PLA: | Micah W. J. Smith |
| ATTY FOR DEFT: | (03) Barry D. Edwards |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 02/24/2021 | TIME: | 10:32 - 10:36 |

COURT ACTION: EP:   [202] DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY held

Defendant is present, not in custody.

Mr. Edwards represents that the Defendant waives his right in person and consent to appear via telephone for the purposes of this hearing. Court conducted a colloquy with Defendant. Defendant confirms counsel's representation.

Government having no opposition on the motion. Mr. Edwards stands on his pleadings.

[202] Defendant's Motion to Withdraw as Attorney is GRANTED and Terminated.

The Court will appoint new CJA counsel to represent the Defendant.  Mr. Edwards shall transmit the file to successor counsel and ensure an orderly transition of the Defendant's legal representation. Mr. Edwards to prepare the Order.

*Submitted by: Bernie Aurio, Courtroom Manager*