RICHARD D. GRONNA #5391
Attorney at Law
841 Bishop Street, Suite 2201
Honolulu, Hawai'i 96813
Telephone (808) 523-2441
Facsimile (808) 566-0347
Email: rgronna@hawaii-personal-injury.com

Attorney for Defendant
KELVIN KAUWILA KAI

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 20-00024 DKW-03 |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY |
| ) | CONDITIONS OF PRETRIAL |
| vs. ) | RELEASE TO ALLOW FOR INTER- |
| ) | ISLAND TRAVEL; ORDER |
| KELVIN KAUWILA KAI, (03) ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR INTER-ISLAND TRAVEL

Defendant is permitted to travel to the island of Kaua'I on September 25, 2021. He is to provide his travel itinerary to Pretrial Services prior to the trip and documentation of his activities upon his return to Oahu.

DATED:    Honolulu, Hawai'i, Sepember 21, 2021.

/S/ *Michah Smith*
MICAH SMITH, AUSA
Attorney for Plaintiffs

- 1 -

DATED: Honolulu, Hawai'i, September 21, 2021.

/S/ *Richard D. Gronna*
RICHARD D. GRONNA
Attorney for Defendant
KELVIN KAUWILA KAI

DATED: Honolulu, Hawai'i, September 21, 2021.

/S/ *David Kahunahana*
DAVID KAHUNAHANA
U.S. PRETRIAL SERVICES

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, September 21, 2021.

Rom A. Trader
United States Magistrate Judge

UNITED STATES OF AMERICA vs. KELVIN KAUWILA KAI; CR. NO. 20-00024 DKW; STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR INTER-ISLAND TRAVEL; ORDER