RICHARD D. GRONNA #5391
Attorney at Law
841 Bishop Street, Suite 2201
Honolulu, Hawai'i 96813
Telephone (808) 523-2441
Facsimile (808) 566-0347
Email: rgronna@hawaii-personal-injury.com

Attorney for Defendant
KELVIN KAUWILA KAI

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 20-00024 DKW-RT-03 |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY |
| ) | CONDITIONS OF PRETRIAL |
| vs. ) | RELEASE |
| ) | |
| KELVIN KAUWILA KAI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated by and between the parties that the conditions of pretrial release be modified as follows:

ADD:

(7i) Do not change residence without the advance approval of Pretrial Services.

(7p3) Participate in the following location restriction program and comply with its requirements as directed by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence every day during the

curfew hours as determined by Pretrial Services.

DELETE:

15. Release is delayed pending bed space availability at Makana O Ke Akua (MOKA) House.

18. Other Condition: The defendant is permitted to leave Sand Island Treatment Center (SITC)for the purposes of job training and employment with the prior approval of SITC and Pretrial Services.

19. Other Conditions: You must reside at the Makana O Ke Akua (MOKA) housing. You are required to abide by all the rules of the MOKA House Program.

20. Other Conditions: The Federal Detention Center - Honolulu is authorized to release the (7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

DATED:   Honolulu, Hawai'i, October 13, 2021.

/S/ *Micah Smith*
MICAH SMITH, AUSA
Attorney for Plaintiffs

DATED:   Honolulu, Hawai'i, October 13, 2021.

/S/ *Richard D. Gronna*
RICHARD D. GRONNA
Attorney for Defendant
KELVIN KAUWILA KAI

DATED:   Honolulu, Hawai'i, October 13, 2021.

                              /S/ *David Kahunahana*
                              DAVID KAHUNAHANA
                              U.S. PRETRIAL SERVICES

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, October 13, 2021.



Rom A. Trader
United States Magistrate Judge

UNITED STATES OF AMERICA vs. KELVIN KAUWILA KAI; CR. NO. 20-00024 DKW; STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER